# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KORRIN B. STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CIV-07-072-SPS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER AWARDING
## ATTORNEY'S FEES TO THE PLAINTIFF UNDER THE EAJA

The Plaintiff was the prevailing party in this appeal of the Commissioner of the Social Security Administration's decision denying benefits under the Social Security Act. The Plaintiff seeks an award of attorney's fees in the amount of $4,225.05 under the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412. *See* Stewart's Petition for the Award of Attorney's Fees Under the Equal Access to Justice Act [Docket No. 24]. The Commissioner indicates that he has no objection to an award of $4,225.05 to the Plaintiff.

Accordingly, Stewart's Petition for the Award of Attorney's Fees Under the Equal Access to Justice Act [Docket No. 24] is hereby GRANTED and attorney's fees are awarded to the Plaintiff as the prevailing party under the EAJA in the amount of $4,225.05.

**IT IS SO ORDERED** this 25th day of July, 2008.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**